UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-7117 ODW (Ex) | Date | January 28, 2013 |
|---|---|---|---|
| Title | Maria Tommasetti v. United Recovery Services, Inc., et al. | | |

| Present: The Honorable | OTIS D. WRIGHT, II, United States District Judge |
|---|---|

| Joseph Remigio | Katie Thibodeaux |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** OSC RE: SETTLEMENT

Case called 1:39 p.m. No appearances are made for either party. Matter is placed on 2nd call.

Matter is re-called at 2:31 p.m. No appearances are made for either party.

Accordingly, the action is DISMISSED with prejudice.

: 02

Initials of Preparer JRE